UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIL' MAN IN THE BOAT, INC.,<br><br>              Plaintiff,<br>    v.<br><br>AUK TA SHAA DISCOVERY, LLC,<br><br>              Defendant. | CASE NO. C16-1943JLR<br><br>ORDER EXTENDING DEADLINE TO SHOW CAUSE |

On January 28, 2017, the court ordered Plaintiff Lil' Man in the Boat, Inc. ("Lil' Man"), to show cause why the case should not be dismissed and counsel, David R. Ongaro, should not be sanctioned for appearing in this action in contravention of the Local Civil Rules. (1/28/17 Order (Dkt. # 7).) The court ordered Lil' Man to respond within 10 days. (*See id.* at 2.) More than 10 days have elapsed without a response from Lil' Man. (*See* Dkt.) However, it appears that Mr. Ongaro, the only counsel who has appeared on Lil' Man's behalf, failed to receive electronic service of the court's order

ORDER - 1

1 | because he has been terminated as counsel of record in the court's electronic filing
2 | system. (*See* Dkt.) Accordingly, the court extends Lil' Man's deadline to respond to the
3 | court's order to show cause to Friday, February 24, 2017, and DIRECTS the Clerk to
4 | email a copy of this order and the order to show cause (Dkt. # 7) to Mr. Ongaro at the
5 | email address listed on the complaint (Dkt. # 1).

Dated this 16th day of February, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2