THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LIL' MAN IN THE BOAT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AUK TA SHAA DISCOVERY, LLC<br><br>Defendants. | No. 2:16-CV-01943-JLR<br><br>NOTICE OF MOTION AND STIPULATED MOTION TO STAY CASE PENDING APPEAL TO THE NINTH CIRCUIT FROM THE NORTHERN DISTRICT OF CALIFORNIA; [PROPOSED] ORDER<br><br>NOTE ON MOTION CALENDAR: APRIL 19, 2017 |

**PLEASE TAKE NOTICE** that on April 18, 2017, Plaintiff Lil' Man in the Boat, Inc. and Defendant Auk Ta Shaa Discovery, LLC's jointly stipulate to stay this litigation pending the outcome of Lil' Man in the Boat, Inc.'s appeal of the Order Granting Defendant Auk Ta Shaa Discovery, LLC's Motion to Dismiss Plaintiff Lil' Man in the Boat, Inc.'s Complaint issued by the United States District Court, Northern District of California, on November 14, 2016, Case No. 16-cv-01471-JST. This motion is supported by the stipulation of all parties, through their counsel of record, as set forth below, the pleadings on file, and upon any further matters the Court deems appropriate.

STIPULATION AND ORDER TO STAY - 1

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

# STIPULATION

Subject to approval by this Court, Plaintiff Lil' Man in the Boat, Inc. ("Lil' Man") and Defendant Auk Ta Shaa Discovery, LLC ("ATS") (collectively, the "Parties") acting through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS, Plaintiff Lil' Man filed its Complaint for breach of contract in California state court on February 16, 2016 (the "California Complaint") and ATS removed it to the U.S. District Court for the Northern District of California on March 24, 2016;

2. WHEREAS, the U.S. District Court for the Northern District of California issued an Order Granting Defendant ATS's Motion to Dismiss Plaintiff Lil' Man in the Boat's Complaint ("Order") on November 14, 2016, Case No. 16-cv-01471-JST ("CA Case");

3. WHEREAS, the Order dismissed with prejudice Plaintiff Lil' Man's California Complaint based on lack of personal jurisdiction;

4. WHEREAS, Plaintiff Lil' Man filed a notice of appeal of the Order to the U.S. Court of Appeals for the Ninth Circuit on December 13, 2016 (the "Appeal");

5. WHEREAS, Plaintiff Lil' Man filed a Complaint for breach of contract in this Court on December 20, 2016 (the "Washington Complaint") in order to, *inter alia*, to preserve its claim for statute of limitations purposes;

6. WHEREAS, the Parties conducted a preliminary mediation conference before a mediator in the U.S. Court of Appeals for the Ninth Circuit on March 7, 2017;

7. WHEREAS, Plaintiff Lil' Man filed its opening brief in the U.S. Court of Appeals for the Ninth Circuit on April 6, 2017, and;

8. WHEREAS, Plaintiff Lil' Man has not yet properly served Defendant ATS's counsel with the Washington Complaint, however, ATS's counsel has agreed to accept service;

**THEREFORE, THE PARTIES STIPULATE AND AGREE TO AS FOLLOWS:**

1. The above-titled matter is stayed for all purposes pending the outcome of the Appeal to the Ninth Circuit and/or resolution at mediation.

2. Upon resolution of the Appeal, the Parties will immediately notify this Court and request the stay be lifted, or if necessary, to dismiss the case with prejudice.

3. Defendant ATS shall have twenty-one (21) days after either the date the stay of the above-titled matter is lifted or Plaintiff Lil' Man serves the Washington Complaint on ATS's counsel, whichever date is later, to respond to Plaintiff Lil' Man's Washington Complaint.

**IT IS SO STIPULATED.**

Dated: April 18, 2017            **HKM EMPLOYMENT ATTORNEYS LLP**

                                             *s/ Jason A. Rittereiser*
Donald W. Heyrich, WSBA No. 23091
Jason A. Rittereiser, WSBA No. 43628
Rachel M. Emens, WSBA No. 49047
600 Stewart Street, Suite 901
Seattle, WA 98101
Tel: (206) 838-2504
Fax: (206) 260-3055
Email: dheyrich@hkm.com
jrittereiser@hkm.com
remens@hkm.com

**ONGARO PC**

*s/ David R. Ongaro*
David R. Ongaro, CA SBN 154698 *
*s/ Nevin Brownfield*
Nevin Brownfield, CA SBN 225175 *
50 California Street, Suite 3325
San Francisco, CA 94111
Telephone:(415) 433-3900
Facsimile: (415) 433-3950
Email: dongaro@ongaropc.com
nbrownfield@ongarop.com

*Attorneys for Plaintiff*

* *Admitted Pro Hac Vice*

Dated: April 18, 2017    **GREENBERG TRAURIG, LLP**

*s/ Howard Holderness*
Howard Holderness, CA SBN 169814
*s/ Katharine Malone*
Katharine Malone, CA SBN 290884

Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email:  holdernessh@gtlaw.com
malonek@gtlaw.com

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this 8th day of May, 2017

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO STAY - 4

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2017, I served the foregoing document, **NOTICE OF MOTION AND STIPULATED MOTION TO STAY CASE PENDING APPEAL TO THE NINTH CIRCUIT FROM THE NORTHERN DISTRICT OF CALIFORNIA; [PROPOSED] ORDER,** on the following parties in the following manner:

| Party | Method of Service |
|---|---|
| Howard Holderness, CA SBN 169814<br><br>Katharine Malone, CA SBN 290884<br><br>Four Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br>Telephone: (415) 655-1300<br>Facsimile: (415) 707-2010<br>Email: holdernessh@gtlaw.com<br>malonek@gtlaw.com<br><br>Attorneys for Defendant | ☐ Legal Messenger<br>☐ Regular Mail<br>☐ Facsimile<br>☒ E-service via the Court<br>☐ E-Mail |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 18th day of April 2017, at Seattle, Washington.

*/s/ Linsey M. Teppner*
Linsey M. Teppner