THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LIL' MAN IN THE BOAT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AUK TA SHAA DISCOVERY, LLC <br><br> Defendants. | No. 2:16-CV-01943-JLR <br><br> NOTICE OF MOTION AND STIPULATED MOTION TO DISMISS ENTIRE ACTION; [PROPOSED] ORDER <br><br> NOTE ON MOTION CALENDAR: FEBRUARY 7, 2018 |

**PLEASE TAKE NOTICE** that on February 7, 2018, Plaintiff Lil' Man in the Boat, Inc. and Defendant Auk Ta Shaa Discovery, LLC's jointly stipulate to dismiss this entire action, Case No. 2:16-CV-01943-JLR, with prejudice. This motion is supported by the stipulation of all parties, through their counsel of record, as set forth below, the pleadings on file, and upon any further matters the Court deems appropriate.

## STIPULATION

Subject to approval by this Court, Plaintiff Lil' Man in the Boat, Inc. ("LMITB") and Defendant Auk Ta Shaa Discovery, LLC ("ATS") (collectively, the "Parties") acting through their respective counsel of record, hereby stipulate as follows:

STIPULATION AND ORDER TO DISMISS - 1

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

1. WHEREAS, Plaintiff LMITB filed its Complaint for breach of contract in California state court on February 16, 2016 (the "California Complaint") and ATS removed it to the U.S. District Court for the Northern District of California on March 24, 2016;

2. WHEREAS, the U.S. District Court for the Northern District of California issued an Order Granting Defendant ATS's Motion to Dismiss Plaintiff LMITB's First Amended Complaint on November 14, 2016, Case No. 16-cv-01471-JST ("California Case");

4. WHEREAS, Plaintiff LMITB filed a notice of appeal of the Order to the U.S. Court of Appeals for the Ninth Circuit on December 13, 2016 (the "Appeal");

5. WHEREAS, Plaintiff LMITB filed a Complaint for breach of contract in this Court on December 20, 2016 (the "Washington Complaint") regarding the same contract and nucleus of facts;

6. WHEREAS, on January 11, 2018, the Court of Appeals for the Ninth Circuit issued its decision on the Appeal that affirmed U.S. District Court for the Northern District of California's dismissal of the California Case under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), finding *inter alia* both that there was never any agreement on purchase terms and that because there was no signature on a written contract by ATS or its broker, any alleged contract was invalid by operation of the statute of frauds.

**THEREFORE, THE PARTIES STIPULATE AND AGREE TO AS FOLLOWS:**

1. The entire Washington Complaint should be dismissed with prejudice, with the Parties to each bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: February 2, 2018

HKM EMPLOYMENT ATTORNEYS LLP

*s/ Jason A. Rittereiser*
Donald W. Heyrich, WSBA No. 23091
Jason A. Rittereiser, WSBA No. 43628
Rachel M. Emens, WSBA No. 49047
600 Stewart Street, Suite 901
Seattle, WA 98101
Tel: (206) 838-2504

Fax: (206) 260-3055
Email:  dheyrich@hkm.com
jrittereiser@hkm.com
remens@hkm.com

**ONGARO PC**

*s/ David R. Ongaro*
David R. Ongaro, CA SBN 154698 *
*s/ Nevin Brownfield*
Nevin Brownfield, CA SBN 225175 *
50 California Street, Suite 3325
San Francisco, CA 94111
Telephone:(415) 433-3900
Facsimile: (415) 433-3950
Email:  dongaro@ongaropc.com
nbrownfield@ongarop.com

*Attorneys for Plaintiff*

* *Admitted Pro Hac Vice*

Dated: February 2, 2018

**GREENBERG TRAURIG, LLP**

*s/ Howard Holderness*
Howard Holderness, CA SBN 169814
*s/ Katharine Malone*
Katharine Malone, CA SBN 290884
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email:  holdernessh@gtlaw.com
malonek@gtlaw.com

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this 5 day of Feb. , 2018

_____
UNITED STATES DISTRICT JUDGE
JAMES L. ROBART

STIPULATION AND ORDER TO DISMISS - 3

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO DISMISS - 4

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504